IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARLOS HASAN HICKS,

        Plaintiff,                        Civ. No. 18-850 JB/GBW

v.

FNU LNU, et al.

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW Ellis & Estes (James C. Ellis and Daniel P. Estes) and hereby enters their appearance on behalf of the Plaintiff, Carlos Hasan Hicks, in the above-captioned cause.

    Respectfully submitted,

    **ELLIS & ESTES**

    /s/James C. Ellis
    James C. Ellis, Esq.
    Attorneys for Plaintiff
    3949 Corrales Rd., Suite 230
    Corrales, New Mexico  87048
    Telephone:  (505) 266-0800
    Facsimile:   (505) 508-1872
    James@EllisEstes.com