AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| CARLOS HASAN HICKS <br><br> *Plaintiff(s)* <br> v. <br> BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF OTERO, CAROLYN BARELA, RICK MARTINEZ AND JOHN DOE 1 <br><br> *Defendant(s)* | Civil Action No. 18-cv-0850 JB/JFR |

**SUMMONS IN A CIVIL ACTION TO AMENDED COMPLAINT**

To: *(Defendant's name and address)* BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF OTERO
c/o Otero County Clerk
1104 N. White Sands Blvd. #C
Alamogordo, NM 88310

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Ellis & Estes
3949 Corrales Rd. Suite 230
Corrales, NM 87048
(505) 266-0800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Friday, April 24, 2020

Amy Padilla
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-0850 JB/JFR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Board of County Commissioners

was received by me on *(date)* 4/24/2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Deborah Willyford , who is
designated by law to accept service of process on behalf of *(name of organization)* Clerks Office
Otero County on *(date)* 4/27/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/28/2020

*Server's signature*

Jack Rokowski
*Printed name and title*

PO BOX 13567
Las Cruces NM 88013
(575) 805-9056

*Server's address*

Additional information regarding attempted service, etc: