**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**CARLOS HASAN HICKS,**

**Plaintiff,**

**v.**                                                                 **No. 18-cv-0850 JB-JFR**

**Board of County Commissioners of the**
**County of Otero, Carolyn Barela,**
**Rick Martinez, and**
**John Doe 1,**

**Defendants.**

**NOTICE OF UNOPPOSED EXTENSION TO FILE RESPONSES**

Plaintiff, Carlos Hasan Hicks, pursuant to D.N.M.LR-Civ. 7.4(a), hereby informs the

Court that the parties have agreed that Plaintiff is granted extensions in responding to the

pending motions to dismiss.  Specifically, Plaintiff's Response to Defendant Martinez's *Motion*

*to Dismiss* (Doc. 26) is now due on or before July 3, 2020.  Plaintiff's Response to *Defendants*

*Board of County Commissioners of the County of Otero and Carolyn Barela's Motion to Dismiss*

*Plaintiff's Amended Complaint for Damages Caused by the Deprivation of Civil Rights or, in the*

*Alternative, Motion for a More Definite Statement in Lieu of Answers* (Doc. 28), is now due on

or before July 6, 2020.

Respectfully submitted,

ELLIS & ESTES

By:    */s/ Daniel P. Estes*
        Daniel P. Estes
        3949 Corrales Rd. Ste. 230
        Corrales, NM 87048
        Tel: (303) 266-0800
        Daniel@EllisEstes.com
        *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 22, 2020, I filed the foregoing Notice electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as fore fully reflected on the Notice of Electronic Filing:

Richard Bonner
KEMP SMITH LLP
P.O. Box 2800
El Paso, TX 79999-2800
Richard.Bonner@kempsmith.com
*Attorneys for Defendant Board of County Commissioners*
*Of the County of Otero, and Defendant Carolyn Barela*


Christina Muscarella Cooch
SUTIN, THAYER & BROWNE
P.O. Box 1945
Albuquerque, NM 87103
tmg@sutinfirm.com
*Attorneys for Defendant R. Martinez*


By:  */s/ Daniel P. Estes*
      Daniel P. Estes
      3949 Corrales Rd. Ste. 230
      Corrales, NM 87048
      Tel: (303) 266-0800
      Daniel@EllisEstes.com
      *Attorneys for Plaintiff*