# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **CARLOS HASAN HICKS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | No. 2:18-cv-0850 JB/JFR |
| | § | |
| **FNU LNU, STATE OF NEW MEXICO DISTRICT ATTORNEY'S OFFICE, OTERO COUNTY PRISON FACILITY, OTERO COUNTY DETENTION CENTER, ALAMOGORDO POLICE DEPARTMENT, ALAMOGORDO PUBLIC DEFENDER'S OFFICE and BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF OTERO,** | § | |
| **Defendants.** | § | |

## NOTICE OF COMPLIANCE WITH COURT'S ORDER DATED DECEMBER 18, 2020

Defendants Board of County Commissioners of the County of Otero and Carolyn Barela, collectively referred to as "County Defendants"), hereby notify the Court that County Defendants complied with the Court's Order dated December 18, 2020, and produced documents to Plaintiff on December 31, 2020, labeled OTERO COUNTY 000001-001477. The production included Plaintiff's records from when he was detained at the Otero County Detention Center, and the Otero County Prison Facility, among other records in the possession of County Defendants.

As per the Court's Order, Plaintiff shall file a Second Amended Complaint within fourteen (14) days after the December 31, 2020 production.

Respectfully submitted,

KEMP SMITH LLP
P.O. Box 2800
El Paso, Texas 79999-2800
915-533-4424
915-546-5360 (Fax)

By: _____
Richard Bonner
Richard.Bonner@kempsmith.com
*Attorney for Defendants Board of County Commissioners of the County of Otero, and Defendant Carolyn Barela*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of January, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| James C. Ellis<br>ELLIS & ESTES<br>3949 Corrales Rd. Suite 230<br>Corrales, NM 87048<br>James@EllisEstes.com<br><br>*Attorneys for Plaintiff* | Christina Muscarella Gooch, Esq.<br>SUTIN, THAYER & BROWNE<br>P.O. BOX 1945<br>Albuquerque, NM 87103<br>tmg@sutinfirm.com<br>*Attorney for Defendant Martinez* |

By: _____
Richard Bonner