# UNITED STATES DISTRICT COURT
for the

District of New Mexico

| | |
|---|---|
| CARLOS HASAN HICKS,<br><br>*Plaintiff(s)*<br>v.<br>BOARD OF COUNTY COMMISSIONERS of the COUNTY OF OTERO, MANAGEMENT & TRAINING CORPORATION, SOUTHWEST CORRECTIONAL MEDICAL GROUP, INC., et al.<br>*Defendant(s)* | Civil Action No. 18-cv-0850 JB/JFR |

## SUMMONS IN A CIVIL ACTION
### on Amended Complaint

To: *(Defendant's name and address)*
    Lt. Javier Sifuentes
    10 McGregor Range Road
    Chaparral, NM 88081

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ellis & Estes
    3949 Corrales Rd., Suite 230
    Corrales, NM 87048
    (505) 266-0800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Tuesday, January 26, 2021            Jacob Garcia
                                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-0850 JB/JFR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| CARLOS HASAN HICKS, <br><br> *Plaintiff(s)* <br> v. <br><br> BOARD OF COUNTY COMMISSIONERS of the COUNTY OF OTERO, MANAGEMENT & TRAINING CORPORATION, SOUTHWEST CORRECTIONAL MEDICAL GROUP, INC., et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 18-cv-0850 JB/JFR |

## SUMMONS IN A CIVIL ACTION
on Amended Complaint

To: *(Defendant's name and address)*
Lt. Javier Sifuentes
10 McGregor Range Road
Chaparral, NM 88081

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ellis & Estes
3949 Corrales Rd., Suite 230
Corrales, NM 87048
(505) 266-0800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Tuesday, January 26, 2021

CLERK OF COURT

Jacob Garcia
*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

| State of New Mexico | County of | United States District Court |
|---|---|---|

Case Number: 18-CV-0850 JB/JFR

Plaintiff:
**CARLOS HASAN HICKS**

vs.

Defendant:
**BOARD OF COUNTY COMMISSIONERS of the COUNTY OF OTERO, MANAGEMENT & TRAINING CORPORATION, SOUTHWEST CORRECTIONAL MEDICAL GROUP, INC., et al.**

For:
Tonda Donald
Proof Serve
3228 S Logan St
Engelwood, CO 80113

Received these papers on the 16th day of March, 2021 at 12:54 pm to be served on **Lt. Javier Sifuentes, 14 Hobo Ln, Alamogordo, NM 88310**.

I, David Garcia, being duly sworn, depose and say that on the **23rd day of March, 2021** at **8:23 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action on Amended Complaint; Second Amended Complaint for Damages Caused by the Deprivation of Civil Rights and Tortious Conduct** to: **Lt. Javier Sifuentes** at the address of: **14 Hobo Ln, Alamogordo, NM 88310**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
3/23/2021 8:23 pm David Garcia personally served Lt. Javier Sifuentes at 14 Hobo Ln, Alamogordo, NM 88310.

**Description** of Person Served: Age: ~40, Sex: M, Race/Skin Color: Hispanic, Height: 5'7", Weight: 235, Hair: Black, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 24th day of March, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

OFFICIAL SEAL
Norma Chavez-Murphy
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 9/14/2024

David Garcia
Process Server

Our Job Serial Number: MPP-2021001392

Copyright © 1992-2021 Database Services, Inc - Process Server's Toolbox V8.1m