# UNITED STATES DISTRICT COURT
for the

District of New Mexico

| | |
|---|---|
| CARLOS HASAN HICKS,<br><br>*Plaintiff(s)*<br>v.<br><br>BOARD OF COUNTY COMMISSIONERS of the COUNTY OF OTERO, MANAGEMENT & TRAINING CORPORATION, SOUTHWEST CORRECTIONAL MEDICAL GROUP, INC., et al.<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 18-cv-0850 JB/JFR |

## SUMMONS IN A CIVIL ACTION
on Amended Complaint

To: *(Defendant's name and address)*

Management & Training Corporation
c/o Rick Martin~ez, Registered Agent for Management & Training Corporation
10 McGregor Range Road
Chaparral, NM 88081

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ellis & Estes
3949 Corrales Rd., Suite 230
Corrales, NM 87048
(505) 266-0800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Tuesday, January 26, 2021

Jacob Garcia
*Signature of Clerk or Deputy Clerk*

Civil Action No. 18-cv-0850 JB/JFR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

**CARLOS HASAN HICKS,**

| | |
|---|---|
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| | ) |
| **BOARD OF COUNTY COMMISSIONERS of the COUNTY OF OTERO, MANAGEMENT & TRAINING CORPORATION, SOUTHWEST CORRECTIONAL MEDICAL GROUP, INC., et al.** | ) Civil Action No. 18-cv-0850 JB/JFR ) ) ) ) ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Ernesto D Ruelas, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Management & Training Corporation in Otero County, NM on February 22, 2021 at 3:14 pm at 10 McGregor Range Rd, Chaparral, NM 88081 by leaving the following documents with Yvonne Espejo who as Human Resources Assistant is authorized by appointment or by law to receive service of process for Management & Training Corporation.

SUMMONS IN A CIVIL ACTION on Amended Complaint and SECOND AMENDED COMPLAINT FOR DAMAGES CAUSED BY THE DEPRIVATION OF CIVIL RIGHTS AND TORTIOUS CONDUCT.

Additional Description:
I could not enter the facility due to Covid-19 restrictions. I spoke to Hope Diaz, the Human Resources Manager who stated her assistant Yvonne Espejo would meet me outside the gate to receive any and all documents for the registered agent Rick Martinez and other defendants, since none of them could be personally served. I met with a Hispanic female who stated her name was Yvonne Espejo from Human Resources. I advised her I had legal documents for the registered agent and other defendants. I handed the documents to her in her hand practicing social distancing while wearing a mask she was also wearing a mask.

Hispanic or Latino Female, est. age 34, glasses: N, Black hair, 100 lbs to 120 lbs, 5' to 5' 3".
Geolocation of Serve: http://maps.google.com/maps?q=32.07929466,-106.27745987
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __El Paso County__ , __TX__ on __2/26/2021__ .

*Ernesto D Ruelas*
Signature
Ernesto D Ruelas
(915) 218-0805

# Exhibit 1



Exhibit 1a)