# UNITED STATES DISTRICT COURT
for the

District of New Mexico

| | | |
|---|---|---|
| CARLOS HASAN HICKS, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 18-cv-0850 JB/JFR |
| BOARD OF COUNTY COMMISSIONERS of the COUNTY OF OTERO, MANAGEMENT & TRAINING CORPORATION, SOUTHWEST CORRECTIONAL MEDICAL GROUP, INC., et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION
### on Amended Complaint

To: *(Defendant's name and address)* Southwest Correctional Medical Group, Inc.
c/o Corporate Creations Network Inc., Registered Agent for Southwest Correctional Medical Group, Inc.
400 N Pennsylvania Ave. #600
Roswell, NM 88201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ellis & Estes
3949 Corrales Rd., Suite 230
Corrales, NM 87048
(505) 266-0800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Tuesday, January 26, 2021           Jacob Garcia
                                           *Signature of Clerk or Deputy Clerk*

Civil Action No. 18-cv-0850 JB/JFR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

**CARLOS HASAN HICKS,**

*Plaintiff*

v.

**BOARD OF COUNTY COMMISSIONERS of the COUNTY OF OTERO, MANAGEMENT & TRAINING CORPORATION, SOUTHWEST CORRECTIONAL MEDICAL GROUP, INC., et al.,**

Civil Action No. 18-cv-0850 JB/JFR

*Defendant*

## AFFIDAVIT OF SERVICE

I, Hector Ramirez, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Southwest Correctional Medical Group, Inc. in Chaves County, NM on February 19, 2021 at 4:04 pm at 400 N Pennsylvania Ave, #600, Roswell, NM 88201 by leaving the following documents with Nicole McWilliams who as Agent at Swickard Agency, Inc. is authorized by appointment or by law to receive service of process for Southwest Correctional Medical Group, Inc..

SUMMONS IN A CIVIL ACTION on Amended Complaint and SECOND AMENDED COMPLAINT FOR DAMAGES CAUSED BY THE DEPRIVATION OF CIVIL RIGHTS AND TORTIOUS CONDUCT.

Additional Description:
I knocked and 2 ladies came to the lobby. One lady stated "Are you here to serve a summons?" I said yes, they took documents and gave me their business cards, stating they were authorized to accept for registered agent, Corporate Creations Network, Inc. Nicole McWilliams and Stephanie Amaro present and accepted service.

White Female, est. age 42, glasses: N, Multi hair, 160 lbs to 180 lbs, 5' 3" to 5' 6".

Geolocation of Serve: http://maps.google.com/maps?q=33.3972961118,-104.5260742592
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Chaves County  ,  NM   on    *Hector Ramirez*
  2/26/2021  .                            Signature
                                          Hector Ramirez
                                          (575) 840-7300

# Exhibit 1

Exhibit 1a)

