# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

CARLOS HASAN HICKS,

        Plaintiff,

v.                                              No. 18-cv-0850 JB-JFR

BOARD OF COUNTY COMMISSIONERS
of the COUNTY OF OTERO,
MANAGEMENT & TRAINING CORPORATION,
SOUTHWEST CORRECTIONAL MEDICAL GROUP, INC.,
LT. JAVIER SIFUENTES,  LT. M. SOTO,
SGT. M. CAMACHO, SGT. V. MOYA,
CPT. R. OCHOA, V. LEON, JOHN DOES 1-6,

        Defendants.

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF
## AND
## UNOPPOSED NOTICE OF EXTENSION FOR PLAINTIFF TO RESPOND TO DEFENDANT MANAGEMENT & TRAINING CORP.'S MOTION TO DISMISS

**COMES NOW** ELLIS & ESTES (James C. Ellis and Daniel P. Estes) and pursuant to D.N.M.LR-Civ. 83.4(b), hereby moves to withdraw as counsel for Plaintiff in the above-captioned case and states the following:

    1.      On April 7, 2021, Plaintiff emailed counsel stating that he no longer wanted to be represented by ELLIS & ESTES and instead wanted to proceed with other legal counsel of his choice.

    2.      Counsel for all served parties have been contacted and they do not oppose ELLIS & ESTES withdrawing from this matter.

    3.      Plaintiff has been contacted and advised that counsel will be withdrawing from his case upon his request and the matter shall proceed *Pro Se* until Plaintiff finds alternative counsel.

4.   Contact information for the listed Plaintiff is as follows and Plaintiff consents to service of pleadings and other documents related to this case via email and by mail at the below-listed email address:

> Carlos Hicks
> 1306 22nd Street
> Alamogordo, NM 88310
> (575) 443-4975
> c.hasanhicks@gmail.com

5.   Pending before the Court is *Defendant Management & Training Corp., Capt. Ochoa, Lt. M. Soto, Sgt. V. Moya, and Sgt M. Camacho's Motion to Dismiss Plaintiff's Second Amended Complaint.* (Doc. 52).  Plaintiff's Response is currently due on April 11, 2021.  Defendants do not oppose setting a new deadline pursuant to D.N.M.LR-Civ. 7.4(a).  The new deadline is May 7, 2021.

**WHEREFORE,** ELLIS & ESTES (James C. Ellis and Daniel P. Estes) should be allowed to withdraw as counsel of record for Plaintiff.

> Respectfully submitted,
>
> **ELLIS & ESTES**
>
> /s/James C. Ellis, Esq.
> James C. Ellis, Esq.
> Daniel P. Estes, Esq.
> *Attorneys for Plaintiff*
> 3949 Corrales Road, Suite #230
> Corrales, NM 87048
> (505) 266-0800
> (505) 508-1872 Facsimile
> James@EllisEstes.com
> Daniel@EllisEstes.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this Motion was sent to all parties entitled to notice as listed below on April 9, 2021.

Carlos Hicks
1306 22nd Street
Alamogordo, NM 88310
c.hasanhicks@gmail.com

Richard Bonner
**KEMP SMITH LLP**
PO Box 2800
El Paso, TX 79999-2800
Richard.Bonner@kempsmith.com
*Attorneys for Defendant Board of County Commissioners*
*Of the County of Otero*
Christina Muscarella Gooch
**SUTIN, THAYER & BROWNE**
PO Box 1945
Albuquerque, NM 87103
tmg@sutinfirm.com
*Attorneys for Defendant Management & Training Corp., et al.*


/s/James C. Ellis, Esq.
James C. Ellis, Esq.