United States District Court
District Of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
2021 MAY -7 PM 1:25
CLERK-ALBUQUERQUE

Carlos Hasan Hicks
        Plaintiff

v.                                  No. 2:18-CV-0850 JB/:

Board Of County
Commissioners Of the
County of Otero, et Al

## MOTION FOR COUNSEL

I Carlos Hasan Hicks (Plaintiff) bring this Petition before this Court on this 29th Day of April 2021.

As this Court and All Parties to this case know that my attorney James Ellis doesn't represent me any and asked for an removal.

However, I didn't know that there was Pending Mo that was not addressed, and I was under the impr that my attorney would asked the Courts for an extension for me.

While seeking new Representation my attorney decided to send me the file as appose to

Sending it to Ben Crump Law Offices, so therefore Mr. James Ellis opt not to give me a smooth trasition.

My Prayer, is that this Court Allow me time to seek Counsel, and NOT make any decisions as to the Defendants Motion to Dismiss.

For I can not Represent myself in this Matter and awaiting an Response from the Ben Crump Law Office.

Yours Truly

Carlos Hicks

4/29/2021

Carlos H. Hicks
509 Puerto Rico Ave
Alamogordo NM. 88310

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 07 2021

MITCHELL R. ELFERS
CLERK

LEHIGH VALLEY PA 180
4 MAY 2021 PM 3 L

U.S. District Court
District of New Mexico
333 Lomas Blvd NW, Suite 270
Albuquerque, NM. 87102

87102-227470

