IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARLOS HASAN HICKS,

    Plaintiff,

v.                                                              CIV. NO. 18-850 DHU/JFR

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF OTERO et al.,

    Defendants.

### ORDER ADOPTING MAGISTRATE JUDGE'S
### PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

United States Magistrate Judge John F. Robbenhaar filed his Proposed Findings and Recommended Disposition ("PFRD") on February 23, 2024, recommending that the Court grant Defendant MTC's *Motion for Summary Judgement* (Doc. 135), and deny Plaintiff's *Motion for Summary Judgement* (Doc. 147) as moot. The PFRD notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. Doc. 180. at 19. Objections to the PFRD were due no later than March 8, 2024. *See* Doc. 108. Neither party has filed objections, and the deadline has expired.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's PFRD (Doc. 180) is **ADOPTED.** Defendant's *Motion for Summary Judgement* (Doc. 135) is thereby **GRANTED** and Plaintiff's *Motion for Summary Judgement* (Doc. 147) is **DENIED.**

                                                       HON. DAVID HERRERA URIAS
                                                       United States District Judge